Case 8:12-cv-00934-MWF-JPR Document 26 Filed 03/06/13 Page 1 of 3 Page ID #:287

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3.6.13

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL HERRERA LEAL,<br><br>    Petitioner,<br><br>vs.<br><br>DAVID LONG, Warden,<br><br>    Respondent. | Case No. SACV 12-0934-MWF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed de novo the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On February 8, 2013, Petitioner filed objections to the Report and Recommendation and a separate request for a certificate of appealability. Petitioner objects to the Magistrate Judge's findings and recommendations as to each of his claims. He does not provide much argument in support of his objections, however, and when he does it generally tracks his arguments in the Petition or is not completely intelligible.

    Some of Petitioner's objections require a response. In various places (see, e.g., Objections at 4), Petitioner seems to argue that the Magistrate Judge erred in construing some of his claims as challenging the trial court's evidentiary rulings when

1

in fact he challenged its alleged abridgement of his right to present a defense. But the Magistrate Judge did consider that argument and properly rejected it. (See, e.g., R&R at 23 ("Petitioner's evidentiary challenge and his claim regarding his theory of the defense do not warrant habeas relief.").) Petitioner further asserts that "the Magistrate Judge's refusal to address" his claim concerning the giving of a jury instruction pursuant to California Penal Code section 22 was erroneous. (Objections at 5.) In fact, the Magistrate Judge addressed the claim on its merits. (See R&R at 26-27.) Finally, Petitioner asserts that the Magistrate Judge misconstrued his claim concerning the jury instructions on malice; he claims that he did not argue that the court was wrong for omitting from its instruction any reference to express malice, but rather that as a factual matter the court did refer to express malice and thereby prejudiced Petitioner. (Objections at 5-6.) But the page of the reporter's transcript Petitioner cites in support of that assertion, page 596 of volume 4 (Lodged Document 9), reflects a hearing outside the presence of the jury. The actual instruction read to the jury did not mention express malice. (Lodged Doc. 9, 5 Rep.'s Tr. at 963.) Accordingly, Petitioner's objections are not well taken.

    For all these reasons as well as those expressed in the Report and Recommendation, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: March 5, 2013

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE